the defendant was improperly convicted, the judgment appealed from should be reversed.

PEOPLE v. HENRY. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Proceedings by the people of the state of New York against Walter Henry. No opinion. Motion denied, on condition that appellant be ready for January term. Order filed.

PEOPLE v. JACKSON. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Proceedings by the people of the state of New York against Cornelius A. Jackson. No opinion. Motion denied, on condition that appellant be ready for February term. Order filed.

PEOPLE, Respondent, v. KRONENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Proceedings by the people of the state of New York against Herman Kronenberg. No opinion. Judgment of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. NASH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Proceedings by the people of the state of New York against William G. Nash and others. No opinion. Judgment of conviction affirmed.

PEOPLE, Appellant, v. NASH, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Proceedings by the people of the state of New York against William Nash.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents, upon the ground that the verdict was contrary to and against the weight of the evidence.

PEOPLE v. SHEEHAN. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Proceedings by the people of the state of New York against William Sheehan. No opinion. Motion granted. Order filed.

PEOPLE v. SMITH. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Proceedings by the people of the state of New York against Frederick Smith. No opinion. Motion granted. Order filed.

PEOPLE v. TRINGALI. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Proceedings by the people of the state of New York against Gaetano Tringali. No opinion. Motion granted. Order filed.

PEOPLE v. WADE. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Proceedings by the people of the state of New York against Henry R. Wade. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Proceedings by the people of the state of New York against Bertha Williams. No opinion. Motion denied, on condition that defendant perfect her appeal and put her case at the foot of the present calendar, to be ready for argument when reached, or if moved by the district attorney after two weeks from the date of this order.

PEOPLE v. ZEIS. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Proceedings by the people of the state of New York against Tillie Zeis. No opinion. Motion granted. Order filed.

PEOPLE ex rel. BAUM v. BUTLER, Com'r. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Proceedings by the people of the state of New York, on the relation by Joseph Baum, against Edmond J. Butler, commissioner. No opinion. Motion denied. Order filed.

PEOPLE ex rel. DELLETT, Appellant. v. BOARD OF HEALTH OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Proceedings by the people of the state of New York, on the relation of Augustus R. Dellett, against the board of health of city of New York. E. S. Griffing, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 106 N. Y. Supp. 923.

PEOPLE ex rel. ELIAS BREWING CO. v. GASS, Register. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Proceedings by the people of the state of New York, on the relation of the Elias Brewing Company, against Frank Gass, register. No opinion. Motion granted. Settle order on notice.

PEOPLE ex rel. FLYNN v. BINGHAM, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Proceedings by the people of the state of New York, on the relation of William J. Flynn, against Theodore A. Bingham, as commissioner. M. Weill, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MANHATTAN RY. CO., Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Proceedings by the people of the state of New York, on the relation of the Manhattan Railway Company, against James L. Wells and others. J. T. Davies, for appellant. C. A. Peters, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. MORAN v. SNIFFEN et al. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Proceedings by the people of the state of New York, on the relation of James H. Moran, against Elliott H. Sniffen and others, as inspectors of election in and for the Fourth Ward of the village of